**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KYLE HOKETT,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-24-447-PRW |

# ORDER

On July 17, 2026, United States Magistrate Judge Amanda L. Maxfield issued a Report and Recommendation (Dkt. 22) in this action, in which she recommends that the Court grant Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Dkt. 18). Judge Maxfield advised the parties of their right to object to the Report and Recommendation by July 31, 2026, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72(b), and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation.[1]

To date, neither party has filed objections. The parties have therefore waived their right to appellate review of the factual and legal issues addressed in the Report and Recommendation.[2] In the absence of a timely objection, the Court reviews the Report and

[1] R. & R. (Dkt. 22), at 5.

[2] *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996).

Recommendation to confirm that there is no plain error on the face of the record.[3] Finding none, the Court agrees with Judge Maxfield's analysis and conclusions.

Upon review, the Court **ADOPTS** the Report and Recommendation (Dkt. 11) in full and **GRANTS** the Motion (Dkt. 18). The Court awards attorney's fees in the amount of $18,620.50 to Plaintiff's attorney to be paid out of the past-due benefits Plaintiff received by reason of the remand and favorable decision in this case. Plaintiff's attorney shall return $6,500 to Plaintiff.

**IT IS SO ORDERED** this 14th day of August 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

[3] *Summers v. State of Utah*, 927 F.2d 1165, 1167–68 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").